FILED

APR - 1 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. **5 ᶠ:26 CR 0 0 1 5 8** |
| | ) | Title 18, United States Code, |
| ADAM BELL, | ) | Sections 922(a)(6), 922(g)(1), |
| JESSICA HOLBROOK, | ) | 924(a)(2) and 924(a)(8) |
| | ) | |
| Defendants. | ) | **JUDGE GAUGHAN** |
| | ) | |

COUNT 1
(Felon in Possession of Firearms and Ammunition,
18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury charges:

1.    From on or about December 14, 2024, through on or about January 8, 2025, in the Northern District of Ohio, Eastern Division, Defendant ADAM BELL, knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, those being: Illegal Manufacture of Drugs, in Portage County Court of Common Pleas Case No. 2013-CR-0151, on or about September 13, 2013; and Illegal Assembly or Possession of Chemicals for the Manufacture Drugs, in Portage County Court of Common Pleas Case No. 2005-CR-0515, on or about June 12, 2006, did knowingly possess in and affecting interstate and foreign commerce, firearms, to wit: a Smith and Wesson, model SD9, 9mm pistol, serial number FDC2506; and a Ruger, model EC9S, 9mm pistol, serial number 463-04334, and ammunition, said firearms and ammunition having been shipped in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

COUNT 2

(Making a False Statement in Acquisition of a Firearm, 18 U.S.C. §§ 922(a)(6) and 924(a)(2))

The Grand Jury further charges:

2. On or about December 14, 2024, in the Northern District of Ohio, Eastern Division, Defendant JESSICA HOLBROOK, in connection with the acquisition of a firearm, to wit: a Smith and Wesson, model SD9, 9mm pistol, serial number FDC2506, from Carats and Calibers, LLC, 934 East Main Street, Ravenna, Ohio, a federally licensed dealer of firearms, did knowingly and unlawfully make and cause to be made false and fictitious statements, intended and likely to deceive said dealer with respect to facts material to the lawfulness of the sale and acquisition of said firearms under the provisions of Chapter 44, Title 18 of the United States Code, in that Defendant JESSICA HOLBROOK did knowingly state and represent on a Federal Firearms Transaction Record, that is, ATF Form 4473, that she was the actual buyer of said firearm, when in fact, she was not the actual buyer of the firearm, in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

FORFEITURE

The Grand Jury further charges:

3. For the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1); and Title 28, United States Code Section 2461(c), the allegations of Counts 1 and 2 are incorporated herein by reference. As a result of the foregoing offenses, Defendants ADAM BELL and JESSICA HOLBROOK shall forfeit to the United States all firearms and ammunition involved in or used in the commission of such violations.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.

2